**FedEx**

ORIGIN ID:CRPA   (361) 653-3300
KIM DAY
SICO HOELSCHER HARRIS LLP
819 N UPPER BROADWAY

CORPUS CHRISTI, TX 78401
UNITED STATES US

SHIP DATE: 24FEB26
ACTWGT: 1.00 LB
CAD: 5945389/INET4535

BILL SENDER

TO  ELIZABETH WARREN, CLERK OF COURT
    US COURT MIDDLE DISTRICT OF FL
    300 NORTH HOGAN
    SUITE 9-150
    JACKSONVILLE FL 32202
    (904) 549-1900   REF: 72704-205727
    INV:                DEPT:
    PO:

FedEx Express

THU - 26 FEB 10:30A
PRIORITY OVERNIGHT

TRK# 8890 3811 4319
0201

XS NIPA

32202 JAX
FL-US

4367 1 THU 02/26 09:03
300 N HOGAN ST
32202 FL-US
JACKSONVILLE FL
PRIORITY OVERNIGHT
408-6014
ETP: 1   SP-PD-100cY

Part # 156297-435 RRDB2 EXP 02/27

Align top of FedEx® shipping label here.

# Envelope
## Recycle me.

